359 A.2d 911

GOLOMB

v.

SEBASTIAN (et al., Appellant).

GUILD FURNITURE CRAFTERS, INC.

v.

BRAUNLICH, Appellant, et al.

Argued November 20, 1975. Kenneth P. Christman, with him William F. Conatelli, for appellant; James P, McKenna, Jr., with him Dickie, McCamey & Chilcote, for appellees.

Judgment and order affirmed.